# United States District Court
## Southern District of Georgia

JACOB M. GLOVER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

            v.

CASE NUMBER: CV116-154

SENTINEL OFFENDER SERVICES, LLC; COLUMBIA COUNTY SUPERIOR COURT; and AUGUSTA COURTHOUSE, financial,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on December 19, 2016, the Report and Recommendations of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, Plaintiff's complaint is DISMISSED without prejudice and this case stands CLOSED.



December 19, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk